IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CORE LABORATORIES LP *f/k/a* | ) | |
| *Core Laboratories, Inc., et al.*, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 16-00526-CG-N |
| | ) | |
| AmSPEC, LLC, *et al.*, | ) | |
|     Defendants. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations of the Magistrate Judge (Doc. 91) made under 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a), and dated March 27, 2017, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the motion to dismiss filed by Christopher Bartlett (Doc. 69), construed as a Federal Rule of Civil Procedure 21 motion to be dropped as a party, is **DENIED**.

**DONE** and **ORDERED** this the 19th day of April, 2017.

/s/   Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE